IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSLYN ODEN** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-6197 |
| **SEPTA, et al.** | : |

## ORDER

**AND NOW**, this 5th day of October 2015, upon consideration of Defendants' Motion for Summary Judgment (ECF Doc. No. 18), Plaintiff's Opposition (ECF Doc. No. 27), Defendants' Reply (ECF Doc. No. 32) and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff has not adduced genuine issues of material fact precluding entry of judgment as a matter of well-established law. Fed. R. Civ. P. 56 (c)(1),(e)(3)

The Clerk of Court shall **close** this matter.

*[signature]*
**KEARNEY, J.**